IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: <u>Gasaway v. United States of America, et al.</u> : CIVIL NO. 4:CV-10-1563

Inmate:    Edmon Gasaway  :  (Judge McClure)

ID Number: 05663-078  :

## ORDER

On July 28, 2010, Edmon Gasaway, an inmate currently confined at the Allenwood Federal Correctional Institution, White Deer, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u> in a civil rights case. By Administrative Order dated July 29, 2010, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and an authorization form. The necessary forms were provided with the Order.

After receiving on August 5, 2010 a document entitled "Letter Rogatory from Foreign Jurisdiction," the Court issued a Second Administrative Order, directing the Plaintiff either to pay the full filing fee of $350.00 or to submit the required application to proceed <u>in forma pauperis</u> and an authorization form within ten (10) days or his case would be dismissed. Forms were again provided with that Order.

FILED
WILLIAMSPORT, PA

SEP 1 4 2010

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Notwithstanding this admonition, ten (10) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                              s/ James F. McClure, Jr.
                                              JAMES F. McCLURE, JR.
                                              United States District Judge

DATE:  September 14, 2010